UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.1.1
Eastern Division

Sharon McEntee
                                        Plaintiff,

v.                                                         Case No.: 1:10−cv−02112
                                                                       Honorable George W. Lindberg

NCO Financial Systems, Inc.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 1, 2010:

      MINUTE entry before Honorable George W. Lindberg: Status hearing held. Pursuant to settlement by the parties, this case is dismissed without prejudice, with leave to reinstate by 11/1/2010. If this case has not been reinstated by 11/1/2010, the dismissal shall convert to a dismissal with prejudice as of that date. Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.