**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHARON MCENTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:10CV2112 |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41, the parties now stipulate to the dismissal of this action, with prejudice and without costs.

Respectfully submitted,

/s/ Thomas E. Soule
Thomas E. Soule
EDELMAN COMBS LATTURNER
    & GOODWIN LLC
120 South LaSalle Street, 18th Floor
Chicago IL 60603
(312) 739-4200
(312) 419-0379 (fax)
courtecl@edcombs.com

/s/ James K. Schultz
James K. Schultz
SESSIONS, FISHMAN, NATHAN &
    & ISRAEL, LLC
55 West Monroe Street, Suite 1120
Chicago IL 60603
(312) 578-0990
(312) 578-0991 (fax)
jschultz@edcombs.com

**CERTIFICATE OF SERVICE**

I, Thomas E. Soule, hereby certify that this document was filed with the Court electronically on October 25, 2010, and served on the same day upon James K. Schultz by U.S. mail and electronic mail, at the addresses noted herein. Other counsel for defendant with appearances on file were served by operation of the Court's electronic filing system (dorellana@sessions-law.biz, dblack@sessions-law.biz, disrael@sessions-law.biz).

/s/ Thomas E. Soule
Thomas E. Soule